UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS CORD RAGO, II, )
          Plaintiff )
)
v. )   Civil Action No. 04-30148-MAP
)
)
VALERIE RAGO SAMAROO, et al., )
          Defendants )

## ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒     GRANTED.

☐     DENIED for the following reason(s):

☐     The complaint shall be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for the reasons stated in the accompanying memorandum of law.

☐     The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

IT IS SO ORDERED.

DATED: October 1, 2004

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge