# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

THOMAS CORD RAGO, II,

   Plaintiff

              v.                  CIVIL ACTION NO. 3: 04-30148-MAP

VALERIE RAGO SAMAROO, ET AL,

   Defendant

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's order entered this date, dismissing the plaintiff's complaint.

                                         TONY ANASTAS,
                                         CLERK OF COURT

Dated: November 5, 2004                  By  /s/ *Maurice G. Lindsay*
                                                Maurice G. Lindsay
                                                Deputy Clerk